UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| PATRICIA DIANE DOVER, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | No. 1:04-cv-378 |
| | ) | *Edgar / Carter* |
| JO ANNE B. BARNHARDT, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| *Defendant*. | ) | |

## JUDGMENT

In accordance with the accompanying memorandum opinion and order filed herewith, it is

**ORDERED AND ADJUDGED** that the administrative decision of the Commissioner of Social

Security is **AFFIRMED.** The complaint of plaintiff Patricia Diane Dover is **DISMISSED WITH**

**PREJUDICE** with each party to bear their own costs of this action. This is a **FINAL**

**JUDGMENT**.

ENTER this *7th day of March, 2006*.

_____
*/s/ R. Allan Edgar*
R. ALLAN EDGAR
UNITED STATES DISTRICT JUDGE

1